No. 86–492. BOYLE, PERSONAL REPRESENTATIVE OF THE HEIRS AND ESTATE OF BOYLE *v.* UNITED TECHNOLOGIES CORP., 487 U. S. 500. Motion of respondent to retax costs granted.

No. 86–1856. NORTHWEST CENTRAL PIPELINE CORP. *v.* STATE CORPORATION COMMISSION OF KANSAS ET AL. Sup. Ct. Kan. [Probable jurisdiction noted, 486 U. S. 1021.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 86–1879. NATIONAL TREASURY EMPLOYEES UNION ET AL. *v.* VON RAAB, COMMISSIONER, UNITED STATES CUSTOMS SERVICE. C. A. 5th Cir. [Certiorari granted, 485 U. S. 903.] Motion of petitioners for leave to file a reply brief out of time denied.

No. 87–56. OWENS ET AL. *v.* OKURE. C. A. 2d Cir. [Certiorari granted, 485 U. S. 958.] Motion of petitioners for leave to file a reply brief out of time denied.

No. 87–470. FORT WAYNE BOOKS, INC. *v.* INDIANA ET AL. Sup. Ct. Ind. [Certiorari granted, 485 U. S. 933.] Motion of Burke H. Mendenhall for leave to intervene denied.

No. 87–1622. BRENDALE *v.* CONFEDERATED TRIBES AND BANDS OF THE YAKIMA INDIAN NATION ET AL.;
No. 87–1697. WILKINSON *v.* CONFEDERATED TRIBES AND BANDS OF THE YAKIMA INDIAN NATION ET AL.; and
No. 87–1711. COUNTY OF YAKIMA ET AL. *v.* CONFEDERATED TRIBES AND BANDS OF THE YAKIMA INDIAN NATION ET AL. C. A. 9th Cir. [Certiorari granted, 487 U. S. 1204.] Motion of petitioner Brendale for divided argument and for additional time for oral argument denied.

No. 87–1703. ROBERTSON, CHIEF OF THE FOREST SERVICE, ET AL. *v.* METHOW VALLEY CITIZENS COUNCIL ET AL.; and
No. 87–1704. MARSH, SECRETARY OF THE ARMY, ET AL. *v.* OREGON NATURAL RESOURCES COUNCIL ET AL. C. A. 9th Cir. [Certiorari granted, 487 U. S. 1217.] Motion of respondents Oregon Natural Resources Council et al. for divided argument denied.

No. 87–5666. HIGH *v.* ZANT, WARDEN. C. A. 11th Cir. [Certiorari granted, 487 U. S. 1233.] Motion of West Virginia Council of Churches for leave to file a brief as *amicus curiae* granted.